**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00279-CV
_____

**LOREN ROSE JEREMY, Appellant**

**V.**

**NICHOLAS DUSAN JEREMY, Appellee**

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-FD-0084**

## O R D E R

Appellant's brief was due **September 30, 2015.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 16, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM